## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| JOANN SHERNOFF; DSCC, <br><br> Plaintiffs, <br><br> v. <br><br> MARCI ANDINO, in her official capacity as the Executive Director of the South Carolina State Election Commission; HOWARD M. KNAPP, in his official capacity as Director of Voter Services of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; and JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br> Defendants. | Case No. _____ |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs JoAnn Shernoff and the DSCC seek a preliminary injunction enjoining Defendants from continuing conduct in violation of the First and Fourteenth Amendments of the United States Constitution and the procedural due process rights of South Carolina voters.[1] The requested preliminary injunction would require Defendants to direct county elections officials to provide prompt notice to individuals whose mailed ballots are rejected because they were allegedly not "properly signed and witnessed" and an opportunity to cure issues regarding ballot signatures.

---

[1] Pursuant to Local Civil Rule 7.02, Plaintiffs have conferred with counsel for Defendants who do not consent to the relief requested by this Motion.

S.C. Code. Ann. § 7-15-420. Specifically, this suit focuses on signature-related issues including perceived missing or otherwise improper signatures of a voter or a witness that erects barriers for individuals attempting to vote.

Plaintiffs ask that this Court issue a preliminary injunction enjoining the Defendants from failing to provide absentee voters with notice and an opportunity to cure the rejection of their absentee ballots for deficiencies related to South Carolina's Signature and Witness Requirements. Plaintiffs seek an injunction further requiring that Defendants direct county election officials to promptly review absentee ballot envelopes, including those that have already arrived and those that will come in on a rolling basis, and provide notice of signature-related deficiencies to voters by e-mail and phone if that information is available and by mail if neither e-mail nor phone is available. Plaintiffs also ask for an order directing Defendants to make available on a daily basis through November 3, 2020 a list of voters (including name, mailing address, and date of birth) who have submitted deficient absentee ballots so that DSCC may notify voters that their absentee ballots are defective and help those voters avoid disenfranchisement. Plaintiffs further request that voters whose ballots are rejected under the Signature Requirement may cure their ballot until the Friday following Election Day and that voters whose ballots are rejected under the Witness Requirement may lawfully cast a compliant absentee ballot or an in-person ballot before or on Election Day.

Plaintiffs respectfully request that the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs' claims in this matter.

Dated:  October 18, 2020

By: /s/ Thomas J. Tobin
    William B. Stafford*
    Thomas J. Tobin, (Fed. Bar. No. 12703)
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  (206) 359-8000
    Facsimile:  (206) 359-9000
    wstafford@perkinscoie.com
    ttobin@perkinscoie.com

    Marc E. Elias*
    Bruce V. Spiva*
    PERKINS COIE LLP
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: (202) 654-6200
    Facsimile: (202) 654-6211
    melias@perkinscoie.com
    bspiva@perkinscoie.com

    Sopen Shah*
    PERKINS COIE LLP
    33 East Main Street, Suite 201
    Madison, WI  53703-3095
    Telephone:  (608) 663-7460
    Facsimile:  (608) 663-7499
    sshah@perkinscoie.com

    *Attorneys for Plaintiffs*
    *Democratic Senatorial Campaign Committee;*
    *Joann Shernoff*

    *\* Pro Hac Vice Motion Forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 18, 2020, I filed a copy of the above Motion, accompanying

Memorandum of Law, and Exhibits 1-5 with the Court's electronic filing system.


<u>__/s/ *Thomas J. Tobin*</u>