**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| JOANN SHERNOFF and DSCC,<br><br>Plaintiffs,<br><br>v.<br><br>MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; and JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>Defendants. | Case No. 2:20-cv-03654-RMG |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to the above-captioned action, by and through their undersigned counsel, file this Stipulation of Voluntary Dismissal.  The Parties stipulate that the entire action shall be dismissed without prejudice. Each Party shall bear its own costs and fees, including attorney's fees.

- 1 -

Dated:  December 17, 2020

By: */s/ Wm. Grayson Lambert*
    Wm. Grayson Lambert (Fed. ID No. 11761)
    M. Elizabeth Crum (Fed. ID No. 372)
    Jane W. Trinkley (Fed. ID No. 4143)
    BURR & FORMAN LLP
    Post Office Box 11390
    Columbia, SC 29211
    Telephone: (803)799-9800
    glambert@burr.com
    lcrum@burr.com
    jtrinkley@burr.com


*Attorneys for Defendants*

By: */s/ Thomas J. Tobin*_____
    William B. Stafford
    Thomas J. Tobin, (Fed. ID No. 12703)
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  (206) 359-8000
    Facsimile:  (206) 359-9000
    wstafford@perkinscoie.com
    ttobin@perkinscoie.com


    Marc E. Elias
    Bruce V. Spiva
    PERKINS COIE LLP
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: (202) 654-6200
    Facsimile: (202) 654-6211
    melias@perkinscoie.com
    bspiva@perkinscoie.com


    Sopen Shah
    PERKINS COIE LLP
    33 East Main Street, Suite 201
    Madison, WI  53703-3095
    Telephone:  (608) 663-7460
    Facsimile:  (608) 663-7499
    sshah@perkinscoie.com

*Attorneys for Plaintiffs*